UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KRYSTAL KINCHEN

VERSUS

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STATES
POSTAL SERVICE

CIVIL ACTION

NO. 08-552-JJB-DLD

## **JUDGMENT**

For written reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendant John E. Potter, Postmaster General, United States Postal Service, and against plaintiff Krystal Kinchen.

Signed in Baton Rouge, Louisiana, on March 3, 2010.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**